Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 09−14765−MS
Chapter: 7
Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth Dansby
181 Weequahic Avenue
Newark, NJ 07112

Adaline Wheeler−Dansby
aka Arlene Wheeler−Dansby, aka Adaline Dansby, fdba Sweet Adaline's Family Restaurant
181 Weequahic Avenue
Newark, NJ 07112

Social Security No.:
xxx−xx−9384                                  xxx−xx−6169

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Gary S. Jacobson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 24, 2009</u>

<u>Morris Stern</u>
Judge, United States Bankruptcy Court